Certificate Number: 14912-NJ-DE-041488309

Bankruptcy Case Number: 26-19465

14912-NJ-DE-041488309

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 25, 2026, at 7:01 o'clock PM EDT, Qaasmirah Banks completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: September 25, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor