UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: Bankr. Case No. 26-19465-MEH

QAASMIRAH FETIMA BANKS Chapter 7

Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX 76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX 76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Bankr. Case No. 26-19465-MEH |
| QAASMIRAH FETIMA BANKS | Chapter 7 |
| Debtor(s) | |

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on November 5, 2026 :

Michael I. Assad
923 Haddonfield Road
Suite 336
Cherry Hill, NJ 08002

John Sywilok
51 Main Street
Hackensack, NJ 07601

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx85536 / 1139676